IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

FILED

2017 OCT -6 AM 11: 44

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

Bobby Ingram # 08909-021,    )
   Petitioner,              )
USP Coleman # 2              )
POB 1034                     )
Coleman, FL 33521            ) Civil Action No.: 2:17-cv-550-FtM-99CM
                             ) Criminal No.   5:94-cr-00002-2
vs.                          )               (GASD)
                             )
Warden, USP Coleman          )
Respondent                   )     Petition
                             )        for
                             ) Writ of Habeas Corpus
                             )

PLEASE COMPLETE THE FOLLOWING. READ THE ENTIRE PETITION BEFORE FILLING IT OUT. ANSWER THOSE QUESTIONS WHICH PERTAIN TO YOUR CLAIM(S).

1.   This Petition concerns:

_____ a conviction(s)

\_\_\_\_\_X_____ a sentence

(CAUTION: If you are attaching a sentence under a federal judgment, you must first file a direct motion under 28 U.S.C. § 2255 in the federal court which entered the judgment.)

_____ jail or prison conditions

_____ prison disciplinary proceedings

_____ a parole problem

\_\_\_\_\_X_____ other, state briefly: Petitioner is serving sentences for Counts One, Six, Eight, Nine, Ten, and Fourteen in which the District Court did not have jurisdiction to impose. The time to file the instant claim under 28:2255 expired in 1998, but the claim did not become available until June 23, 2016 with Mathis v United States, 136 S. Ct. 2243 (2016), and the ruling by the Supreme Court was not made retroactive by the Supreme Court.

1

2.  **Place of Detention**

    USP Coleman #2, PO Box 1034, Coleman, FL 33521.

3.  **Have you filed previous petitions for habeas corpus, motions under 28 U.S.C. § 2255, or any other applications, petitions or motions with respect to this conviction(s)?**

    \_\_\_\_X\_\_\_\_ YES            _____NO

If your answer above is "Yes," give the following information:

**First 28 USC Section 2255 motion**

    a.  **Name of Court:** United States District Court for the Southern District of Georgia, Waycross Division

    b.  **Name of proceeding:** Title 28 U.S.C. Section 2255

    c.  **Grounds raised:** Denial of effective of counsel pre-trial and at trial.

    d.  **Result:** Denied

    e.  **Date of Result:** April 23, 1998

    f.  **Citation or case number of any written opinion or order entered pursuant to each such disposition:** 5:94-cr-2-2

**Second 28 USC Section 2255 motion**

    b.  **Name of Court:** United States District Court for the Southern District of Georgia, Waycross Division

    b.  **Name of proceeding:** Title 28 U.S.C. Section 2255

    c.  **Grounds raised:** Do not know.

    d.  **Result:** Denied

    e.  **Date of Result:** December 21, 2008

    f.  **Citation or case number of any written opinion or order entered pursuant to each such disposition:** 5:94-cr-2-2

**Motion to reduce sentence**

    a. **Name of Court:** United States District Court for the Southern District of Georgia, Waycross Division

    b. **Name of proceeding:** Motion to reduce sentence under retroactive amendment 750 pursuant to 18 U.S.C. Section 3582 (c) (2).

    c. **Grounds raised:** Sought reduction in sentence from retroactive amendment 505 to the Sentencing Guidelines.

    d. **Result:** Denied

    e. **Date of Result:** December 21, 2008

    f. **Citation or case number of any written opinion or order entered pursuant to each such disposition:** 5:94-cr-2-2 (DKT #).

**Second 18 USC Section 3582 (c) (2) motion**

    c. **Name of Court:** United States District Court for the Southern District of Georgia, Waycross Division

    b. **Name of proceeding:** Title 18 U.S.C. Section 3582 (c) (2) motion

    c. **Grounds raised:** Sought the 2-level crack reduction from retroactive amendment 706.

    d. **Result:** Denied

    e. **Date of Result:** July 21, 2008

    f. **Citation or case number of any written opinion or order entered pursuant to each such disposition:** 5:94-cr-2-2 (DKT #).

**First motion for writ of Audita Quereia**

    d. **Name of Court:** United States District Court for the Southern District of Georgia, Waycross Division

    b. **Name of proceeding:** Writ of Audita Quereia

3

    c.    **Grounds raised:** Do not know

    d.    **Result:** Denied

    e.    **Date of Result:** December 8, 2010

    f.    **Citation or case number of any written opinion or order entered pursuant to each such disposition:** 5:94-cr-2-2

**Third 18 USC Section 3582 (c) (2) motion**

    e.    **Name of Court:** United States District Court for the Southern District of Georgia, Waycross Division

    b.    **Name of proceeding:** Title 18 U.S.C. Section 3582 (c) (2).

    c.    **Grounds raised: Sought retroactive amendment to the Guidelines.**

    d.    **Result:** Denied

    e.    **Date of Result:** January 27, 2012

    f.    **Citation or case number of any written opinion or order entered pursuant to each such disposition:** 5:94-cr-2-2

**Third 28 USC Section 2255 motion**

    f.    **Name of Court:** United States District Court for the Southern District of Georgia, Waycross Division

    b.    **Name of proceeding:** Title 28 U.S.C. Section 2255

    c.    **Grounds raised:** Motion to exclude prior convictions for enhancement.

    d.    **Result:** Denied

    e.    **Date of Result:**

    f.    **Citation or case number of any written opinion or order entered pursuant to each such disposition:** 5:94-cr-2-2

4.    If you did not file a motion under 28 U.S.C. § 2255, or if you filed such motion and it was denied, state why your remedy by way of such motion

is inadequate or ineffective to test the legality of your detention? <u>Mathis</u> was decided on June 23, 2016, and Petitioner did not have this vehicle to attack his prior drug convictions until <u>Mathis</u> was decided.

5. Are you presently represented by counsel?   YES    NO  X

If so, list name, address and phone number of counsel: NA

6. Name and location of court which imposed sentence: United States District Court for the Southern District of Florida, Waycross Division

7. Indictment or case number, if known: 5:94-cr-2-2

8. Offense or offenses for which sentence was imposed: Count 1 – Conspiracy to possess with intent to distribute and distribution of cocaine and cocaine base, in violation of 21 U.S.C. Sections 846, 841 (a) (1); Count 6, 8, 9, and 10 – Distribution of cocaine base, in violation of 21 U.S.C. Section 841 (a) (1); and, Count 14 – Distribution of cocaine base, in violation of 21 U.S.C. Section 841 (a) (1).

9. Date upon which sentence was imposed and the terms of the sentence: Petitioner was sentenced on December 13, 1995 to a term of imprisonment of life on Counts 1, and 360-month on Counts 6, 8, 9, 10, and 14 to be served concurrently with each other and with Count 1.

10. When was a finding of guilty made:

    _____ after a plea of guilty

    _____X_____ after a plea of not guilty

    _____ after a plea of nolo contender

11. If you were found guilty after a plea of not guilty, was that finding made by:

    _____X\_\_\_\_\_ A jury

_____ A United States District Judge without a jury

_____ A United States Magistrate Judge without a jury

12. Did you appeal from the judgment of conviction or imposition of sentence?

____X____ Yes

_____ No

13 a. If you did appeal, give the following information for each appeal:

  a. Name of Court: United States Court of Appeals for the Eleventh Circuit

  b. Result: Affirmed

  c. Date of Result: October 25, 1996

  d. Citation or number of opinion: <u>United States v Ingram</u>, 100 F.3d 971/1996 App. LEXIS 29229 (11th Cir. Oct. 25, 1996).

  g. Grounds raised (List each one): Do not know

14. State CONCISELY every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, attach an additional page or pages behind this page.

**CAUTION: If you fail to set forth all grounds, you may be barred from presenting additional grounds at a later date.**

  a. Grounds raised: In light of <u>Mathis v United States</u>, 136 S. Ct. 2243, 2248 (2016), Petitioner's enhanced sentence under 21 U.S.C. Section 851 cannot be imposed because 21 U.S.C. 802 is divisible and he is not a career offender for same reason.

  b. Supporting Facts: (tell your story BRIEFLY without citing cases or law. You are CAUTIONED that you must state facts, not conclusion, in support of your grounds. A rule of thumb to follow is – who did exactly

6

what to violate your rights at what time or place.): See Memorandum of Supporting Facts

15. If this petition concerns jail or prison conditions, prison disciplinary proceedings, a parole problem, or other case under 28 U.S.C. § 2241, answer the following:

   a. Did you present the facts in relation to your present petition in the prison's internal grievance procedure?

   \_\_\_\_\_ YES      \_\_X\_\_ NO

   (1) If your answer to "a" above is "Yes," what was the result?" NA

   (2) If your answer to "a" above is "no," explain: BOP is unable to resolve this claim.

   b. Did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

   \_\_\_\_\_ YES      \_\_X\_\_ NO

   (1) If your answer to "b" above is "Yes," what was the result: NA

   (2) If your answer to "b" above is "no," explain: Neither the Bureau of Prisons nor any other federal agency can resolve the claim in the instant matter. This matter must be resolved by the Courts.

   (c) STATEMENT OF CLAIM: State here as briefly as possible the facts of your case. Do not give legal arguments or cite any cases or statutes. Attach extra pages of the same size as necessary. See Memorandum of Supporting Facts

16. RELIEF: State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Vacate the 21 U.S.C. Section 851 enhanced sentence and career offender sentences

on Counts 1, 6, 8, 9, 10, and 14, and, re-impose the sentence without the designation as a career offender and without the enhanced sentences under Section 851.

Signed this __4__ day of __Oct.__, 2017

*Bobby L Ingram*
Bobby Ingram # 08969-021
USP Coleman # 2/PO Box 1034
Coleman, FL 33521

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

*Bobby L Ingram*
Bobby Ingram, pro se